UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZAPER, ANTHONY J. | § | Case No. 12-16314 DRC |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-16314   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZAPER, ANTHONY J. | Date Filed (f) or Converted (c): | 04/21/12 (f) |
| | | 341(a) Meeting Date: | 07/17/12 |
| For Period Ending: | 02/26/15 | Claims Bar Date: | 12/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 60.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES | 0.00 | 0.00 | | 0.00 | FA |
| 4. PENSION | 30,000.00 | 0.00 | | 0.00 | FA |
| 5. STOCKS | 8,000.00 | 11,000.00 | | 15,490.74 | FA |
| 6. Car | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. IRA (u) | 6,800.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $117,360.00 | $11,000.00 | | $15,490.74 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted for review
February 18, 2015, 12:17 pm

Trustee to prepare TFR
October 22, 2014, 02:16 pm

Trustee to review claims and prepare TFR
October 17, 2013, 02:42 pm

Initial Projected Date of Final Report (TFR): 10/31/13    Current Projected Date of Final Report (TFR): 03/31/15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-16314    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ZAPER, ANTHONY J. | Date Filed (f) or Converted (c): | 04/21/12 (f) |
| | | 341(a) Meeting Date: | 07/17/12 |
| | | Claims Bar Date: | 12/21/12 |

/s/    GINA B. KROL
_____    Date: 02/26/15
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-16314 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ZAPER, ANTHONY J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0667 Checking Account |
| Taxpayer ID No: | *******3216 | | | |
| For Period Ending: | 02/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/17/13 | 5 | Duke Energy<br>PO Box 1005<br>Charlotte, NC  28201 | Stock | 1129-000 | 1,176.80 | | 1,176.80 |
| 02/13/13 | 5 | Questar Corporation<br>Shareowner Services<br>PO Box 64945<br>St. Paul, MN 55164-0945 | Stock | 1129-000 | 5,626.29 | | 6,803.09 |
| 02/13/13 | 5 | Spectra Energy Corp.<br>Broadridge<br>51 Mercedes Way<br>Edgewood, NY  11717 | Stock | 1129-000 | 498.54 | | 7,301.63 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 6.33 | 7,295.30 |
| 03/04/13 | 5 | Southern Company | Stock | 1129-000 | 8,189.11 | | 15,484.41 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,474.41 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.82 | 15,452.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 15,430.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.94 | 15,407.42 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.17 | 15,385.25 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.87 | 15,362.38 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.84 | 15,339.54 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 15,317.47 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.77 | 15,294.70 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 15,272.69 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.71 | 15,249.98 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.67 | 15,227.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.45 | 15,206.86 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 13.40 | 15,193.46 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-16314 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ZAPER, ANTHONY J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0667 Checking Account |
| Taxpayer ID No: | *******3216 | | |
| For Period Ending: | 02/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.61 | 15,170.85 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.83 | 15,149.02 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.52 | 15,126.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.76 | 15,104.74 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.46 | 15,082.28 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.42 | 15,059.86 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.67 | 15,038.19 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.36 | 15,015.83 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.60 | 14,994.23 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.29 | 14,971.94 |
| 02/03/15 | 030003 | Anthony Zaper | Exemption | 8100-000 | | 4,000.00 | 10,971.94 |
| | | c/o Mr. Bernard Schlosser | | | | | |
| | | 181 S. Bloomingdale Rd. | | | | | |
| | | Suite 103 | | | | | |
| | | Bloomingdale, IL 60108 | | | | | |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.26 | 10,949.68 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 6.26 | 10,943.42 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-16314 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZAPER, ANTHONY J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0667  Checking Account |
| Taxpayer ID No: | *******3216 | | |
| For Period Ending: | 02/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0667 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 4 | Deposits | 15,490.74 | 4 | Checks | 4,025.99 |
| 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 521.33 |
| | Subtotal | $ 15,490.74 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 4,547.32 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 15,490.74 | | | |

Trustee's Signature: ____/s/ GINA B. KROL_____  Date: 02/26/15
                             GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 18.04

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 11, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-16314  
Debtor Name: ZAPER, ANTHONY J.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,899.07 | $1,899.07 |
| 000001<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,243.19 | $5,243.19 |
| 000002<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $217.06 | $217.06 |
| 000003<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $4,796.82 | $4,796.82 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $25.99 | $25.99 |
| | Case Totals: | | | $0.00 | $12,182.13 | $12,182.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16314 DRC
Case Name: ZAPER, ANTHONY J.
Trustee Name: GINA B. KROL

    Balance on hand          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                 $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE