UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                  §
                                        §
ZAPER, ANTHONY J.                       §        Case No. 12-16314 DRC
                                        §
         Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/27/2015 in Courtroom 240,
          Kane County Courthouse
          100 S. Third St.
          Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/02/2015                  By: CLERK OF BANKRUPTCY COURT
                                                            Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
ZAPER, ANTHONY J. § Case No. 12-16314 DRC
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,490.74 |
| and approved disbursements of | $ | 4,547.32 |
| leaving a balance on hand of[1] | $ | 10,943.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,899.07 | $ 0.00 | $ 1,899.07 |
| Other: International Sureties Ltd. | $ 25.99 | $ 25.99 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,899.07 |
| Remaining Balance | | $ | 9,044.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,257.07  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 88.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,243.19 | $ 0.00 | $ 4,623.27 |
| 000002 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 217.06 | $ 0.00 | $ 191.40 |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 4,796.82 | $ 0.00 | $ 4,229.68 |

Total to be paid to timely general unsecured creditors    $    9,044.35

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL  
                        Trustee

GINA B. KROL  
105 WEST MADISON STREET  
SUITE 1100  
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony J. Zaper  
    Debtor

Case No. 12-16314-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun     Page 1 of 1     Date Rcvd: Mar 03, 2015  
                     Form ID: pdf006     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2015.

```
db          +Anthony J. Zaper,    6200 Church Road,    Hanover Park, IL 60133-4847
aty         +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18808143    +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
19563449     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19775252     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18808141     Discover Bank,    Wilmington, DE 19850
18808142    +Discover Card,    PO Box 5105,    Carol Stream, IL 60197-5105
18808140    +Wells Fargo,    PO Box 5296,    Carol Stream, IL 60197-5296
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18808144    +E-mail/Text: coafinternalbkteam@capitaloneauto.com Mar 04 2015 01:48:08     Capital One Auto,
              PO Box 60511,    City of Industry, CA 91716-0511
19811811     E-mail/PDF: mrdiscen@discover.com Mar 04 2015 02:00:34     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18808145    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 04 2015 01:45:19     Kohl's,    PO Box 2983,
              Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2015 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Bernard A Schlosser    on behalf of Debtor Anthony J. Zaper bernard.a@comcast.net,
           bernard.a@comcast.net
          Christopher M Brown    on behalf of Creditor    Wells Fargo Bank, N.A.
           northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
          E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```