UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZAPER, ANTHONY J. § Case No. 12-16314 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 55,100.00 *(Without deducting any secured claims)* | Assets Exempt: 58,260.00 |
| Total Distributions to Claimants: 9,044.35 | Claims Discharged Without Payment: 5,429.72 |
| Total Expenses of Administration: 2,446.39 | |

3) Total gross receipts of $ 15,490.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00 (see **Exhibit 2**), yielded net receipts of $ 11,490.74 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 70,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,446.39 | 2,446.39 | 2,446.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,517.00 | 10,257.07 | 10,257.07 | 9,044.35 |
| **TOTAL DISBURSEMENTS** | $ 85,517.00 | $ 12,703.46 | $ 12,703.46 | $ 11,490.74 |

4) This case was originally filed under chapter 7 on 04/21/2012 . The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2015           By:/s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCKS | 1129-000 | 15,490.74 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,490.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anthony Zaper | Exemptions | 8100-000 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Well Fargo | | 70,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 70,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,899.07 | 1,899.07 | 1,899.07 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 25.99 | 25.99 | 25.99 |
| ASSOCIATED BANK | 2600-000 | NA | 521.33 | 521.33 | 521.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,446.39 | $ 2,446.39 | $ 2,446.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Bank | | 4,000.00 | NA | NA | 0.00 |
| | Kohl's | | 217.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 5,000.00 | 5,243.19 | 5,243.19 | 4,623.27 |
| 000002 | CAPITAL ONE, N.A. | 7100-900 | 1,300.00 | 217.06 | 217.06 | 191.40 |
| 000003 | DISCOVER BANK | 7100-900 | 5,000.00 | 4,796.82 | 4,796.82 | 4,229.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 15,517.00 | $ 10,257.07 | $ 10,257.07 | $ 9,044.35 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 12-16314 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ZAPER, ANTHONY J. | | | Date Filed (f) or Converted (c): | 04/21/12 (f) |
| | | | | 341(a) Meeting Date: | 07/17/12 |
| For Period Ending: | 08/04/15 | | | Claims Bar Date: | 12/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condminium 2336 Union St., Blue Island, IL | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account Charter One | 60.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES | 0.00 | 0.00 | | 0.00 | FA |
| 4. PENSION | 30,000.00 | 0.00 | | 0.00 | FA |
| 5. STOCKS | 8,000.00 | 11,000.00 | | 15,490.74 | FA |
| 6. 2004 Ford Explorer | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. IRA (u) | 6,800.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $117,360.00  $11,000.00  $15,490.74  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted for review
February 18, 2015, 12:17 pm

Trustee to prepare TFR
October 22, 2014, 02:16 pm

Trustee to review claims and prepare TFR
October 17, 2013, 02:42 pm

Initial Projected Date of Final Report (TFR): 10/31/13     Current Projected Date of Final Report (TFR): 03/31/15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-16314   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | ZAPER, ANTHONY J. | Date Filed (f) or Converted (c): 04/21/12 (f) |
| | | 341(a) Meeting Date: 07/17/12 |
| | | Claims Bar Date: 12/21/12 |

/s/   GINA B. KROL
_____   Date: 08/04/15
         GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-16314 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ZAPER, ANTHONY J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0667 Checking Account |
| Taxpayer ID No: | *******3216 | | | |
| For Period Ending: | 08/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/17/13 | 5 | Duke Energy<br>PO Box 1005<br>Charlotte, NC 28201 | Stock | 1129-000 | 1,176.80 | | 1,176.80 |
| 02/13/13 | 5 | Questar Corporation<br>Shareowner Services<br>PO Box 64945<br>St. Paul, MN 55164-0945 | Stock | 1129-000 | 5,626.29 | | 6,803.09 |
| 02/13/13 | 5 | Spectra Energy Corp.<br>Broadridge<br>51 Mercedes Way<br>Edgewood, NY 11717 | Stock | 1129-000 | 498.54 | | 7,301.63 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 6.33 | 7,295.30 |
| 03/04/13 | 5 | Southern Company | Stock | 1129-000 | 8,189.11 | | 15,484.41 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,474.41 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.82 | 15,452.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 15,430.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.94 | 15,407.42 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.17 | 15,385.25 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.87 | 15,362.38 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.84 | 15,339.54 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.07 | 15,317.47 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.77 | 15,294.70 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 15,272.69 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.71 | 15,249.98 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.67 | 15,227.31 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.45 | 15,206.86 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 13.40 | 15,193.46 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-16314 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZAPER, ANTHONY J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0667 Checking Account |
| Taxpayer ID No: | *******3216 | | |
| For Period Ending: | 08/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.61 | 15,170.85 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.83 | 15,149.02 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.52 | 15,126.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.76 | 15,104.74 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.46 | 15,082.28 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.42 | 15,059.86 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.67 | 15,038.19 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.36 | 15,015.83 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.60 | 14,994.23 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.29 | 14,971.94 |
| 02/03/15 | 030003 | Anthony Zaper | Exemption | 8100-000 | | 4,000.00 | 10,971.94 |
| | | c/o Mr. Bernard Schlosser | | | | | |
| | | 181 S. Bloomingdale Rd. | | | | | |
| | | Suite 103 | | | | | |
| | | Bloomingdale, IL 60108 | | | | | |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.26 | 10,949.68 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 6.26 | 10,943.42 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/27/15 | 030005 | Gina B. Krol | Final Distribution | 2100-000 | | 1,899.07 | 9,044.35 |
| | | 105 W. Madison St., Ste. 1100 | Trustee Fee per Court Order | | | | |
| | | Chicago, IL 60602 | | | | | |
| 03/27/15 | 030006 | Capital One Bank (USA), N.A. | Final Distribution | 7100-900 | | 4,623.27 | 4,421.08 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 03/27/15 | 030007 | Capital One, N.A. | Final Distribution | 7100-900 | | 191.40 | 4,229.68 |
| | | c o Becket and Lee LLP | (2-1) CREDIT CARD DEBT | | | | |

FORM 2 Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-16314 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZAPER, ANTHONY J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0667 Checking Account |
| Taxpayer ID No: | *******3216 | | |
| For Period Ending: | 08/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/15 | 030008 | POB 3001<br>Malvern, PA 19355-0701<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 4,229.68 | 0.00 |

| | Account *******0667 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 4 | Deposits | 15,490.74 | 8 | Checks | 14,969.41 |
| 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 521.33 |
| | Subtotal | $ 15,490.74 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 15,490.74 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 15,490.74 | | | |

/s/ GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 10)* Ver. 18.05

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-16314 -DRC |
| Case Name: | ZAPER, ANTHONY J. |
| Taxpayer ID No: | *******3216 |
| For Period Ending: | 08/04/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0667  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 08/04/15
                     GINA B. KROL